**D. Lisa CLOVER, Plaintiff–Appellee,**

v.

**TOTAL SYSTEM SERVICES, INC., Defendant–Appellant.**

No. 97–9229.

United States Court of Appeals, Eleventh Circuit.

April 15, 1999.

Marcus B. Calhoun, Jr., George C. Boyd, Jr., Columbus, GA, for Defendant–Appellant.

Howard R. Evans, Robert Dallas, Shaw & Evans, LLC, Atlanta, GA, for Plaintiff–Appellee.

Before CARNES and HULL, Circuit Judges, and HENDERSON, Senior Circuit Judge.

ORDER:

The opinion in the above-styled case, which is currently published at 157 F.3d 824 (11th Cir.1998), is VACATED, and the case is resubmitted to the court for a decision.